

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL BRYANT,<br><br>　　　　Defendant. | CASE NO. **1:21CR 025**<br><br>JUDGE **DLOTT**<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2<br>18 U.S.C. § 922(g)(1)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES**:

### COUNT 1
### (Possession by a Prohibited Person)

On or about November 6, 2020, in the Southern District of Ohio, the defendant, **DANIEL BRYANT**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is, a Canik TP9 DA semi-automatic 9 mm pistol bearing serial number 20BJ00409 and seventeen rounds of ammunition, and the firearm and ammunition were in and affecting commerce.

**In violation of Title 18, United States Code, Sections 922(g)(1) and 2**.

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **DANIEL BRYANT**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation, including, but not limited to:

- Canik TP9 DA semi-automatic 9 mm pistol bearing serial number 20BJ00409, with any attachments; and
- Approximately seventeen (17) rounds of ammunition.

A TRUE BILL.

_____|s|_____
**GRAND JURY FOREPERSON**

**VIPAL J. PATEL**
**ACTING UNITED STATES ATTORNEY**

*JAStachowiak*
**JACQUELINE A. STACHOWIAK**
**SPECIAL ASSISTANT UNITED STATES ATTORNEY**

EG