IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:21-cr-25 |
| Plaintiff, | : | Judge Susan J. Dlott |
| v. | : | **ORDER GRANTING MOTION TO DISMISS INDICTMENT** |
| DANIEL BRYANT, | : | |
| Defendant. | : | |

This matter is before the Court on the Government's Motion to Dismiss the Indictment. (Doc. 40.) On April 1, 2021, Defendant Daniel Bryant was indicted on one count of possession of a firearm and ammunition by a prohibited person in violation of 18 U.S.C. § 922(g)(1) and (2). (Doc. 3.) On May 26, 2022, the Court granted Bryant's Motion to Suppress. (Doc. 39.) Thereafter, on June 7, 2022, the Government filed a Motion to Dismiss the Indictment on the basis that insufficient admissible evidence remains to support further prosecution of the crime charged in the Indictment. (Doc. 40.)

Pursuant to Federal Rule of Criminal Procedure 48(a), "the government may, with leave of court, dismiss an indictment, information, or complaint." Given that insufficient admissible evidence remains to prosecute the crime charged, the Government's Motion to Dismiss the Indictment is well-taken. Accordingly, the Government's Motion to Dismiss the Indictment (Doc. 40) is **GRANTED**.

**IT IS SO ORDERED.**

_____
Judge Susan J. Dlott
United States District Court